COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| TRAVIS KIRCHNER, | § | No. 08-11-00368-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC#20100D00899) |
| Appellee. | § | |

## ORDER

The Court on its own motion ORDERS Breck Record, Official Court Reporter for the 41st District Court of El Paso County, Texas, to prepare a supplemental reporter's record with the supplemental jury charge issued by the trial court during the punishment phase of the trial. The supplemental reporter's record is due with this Court on or before June 4, 2013.

IT IS SO ORDERED this 29th day of May, 2013.

PER CURIAM

Before McClure, C.J., Rodriguez, J., and Larsen, Judge
(Larsen, Judge, sitting by assignment)